UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LUIS GERMAN LEMA TAMAY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RODNEY S. SCOTT, et al., )<br>)<br>Defendants. ) | Civil No. 2:25-cv-00438-SDN |

## JUDGMENT

In accordance with the Order entered by U.S. District Judge, Stacey D. Neumann on September 21, 2025, and the subsequent status report filed by Respondents on October 3, 2025;

JUDGMENT is hereby entered for the Petitioner, Luis German Lema Tamay and against the Respondents.

ERIC M. STORMS
ACTING CLERK

Dated: October 23, 2025          By:   /s/ Meghan York
                                       Deputy Clerk